FILED

2003 DEC -3 P 12: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : | |
| LARRY MYERS, ET AL. | : | DECEMBER 2, 2003 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants Larry Myers, Thomas Coates and Lieutenant Salius, in the above-captioned case.

Dated at Hartford, Connecticut, this 2nd day of December, 2003.

DEFENDANTS
Larry Myers, Thomas Coates and
Lieutenant Salius

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: matthew.bezier@po.state.ct.us
Federal Bar #ct16304

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of December, 2003:

Jermaine Jones #204600
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382

_____
Matthew B. Beizer
Assistant Attorney General