UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERMAINE JONES | : |
| | :       PRISONER |
| v. | :       Case No. 3:03CV595 (JBA)(JGM) |
| | : |
| WARDEN LARRY MYERS, et al. | : |

RULING AND ORDER

    Service on defendants Duscharme and Regan in their individual capacities was returned to court unexecuted.  In order that the Marshal can effect personal service on these two defendants, plaintiff is directed to complete one of the enclosed Marshal service forms and summons forms for each defendant using his current work address.

    Plaintiff shall complete and return to the court the completed service forms and summons forms and two copies of his amended complaint within **twenty** days of the date of this order.  Plaintiff is cautioned that failure to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case without prejudice and without further notice from this court.

    Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to **personally serve** the complaint on defendants Duscharme and Regan in their individual capacities.

    Defendants Duscharme and Regan are each ordered to file an appearance within **thirty (30)** days from the date of service.

Although defendant Marinelli signed a waiver of service of summons form on December 3, 2003, he has not yet appeared in his individual capacities. In addition, defendants Marinelli, Duscharme and Regan have not appeared in their official capacities. Accordingly, defendant Marinelli in his individual capacity and defendants Marinelli, Duscharme and Regan in their official capacities are hereby **defaulted** for failure to appear. Any motion to set aside default or for default judgment shall be filed within **thirty (30)** days from the date of this order.

**SO ORDERED** this __8th___ day of April, 2004, at New Haven, Connecticut.

_____/s/_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE