## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| JERMAINE JONES | : | CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : |  |
| LARRY MYERS, ET AL. | : | APRIL 15, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in their individual and official capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 15th day of April, 2004.

    DEFENDANTS
    Larry Myers, et al.

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

BY:__/s/_____
    Matthew B. Beizer
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  matthew.bezier@po.state.ct.us
    Federal Bar #ct16304

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of April, 2004:

Jermaine Jones #204600
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT  06382


_____/s/_____
Matthew B. Beizer
Assistant Attorney General