UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : |  |
| LARRY MYERS, ET AL. | : | APRIL 15, 2004 |

## MOTION TO SET ASIDE DEFAULT

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, defendants Marinelli, Duscharme and Regan move to set aside the entry of default for failure to appear ordered on April 8, 2004. In support thereof, the defendants submit as follows:

A. On December 2, 2003, the undersigned Assistant Attorney General filed an appearance on behalf of defendants Myers, Coates, and Salius.

B. Until receiving the Court's Order dated April 8, 2004, the undersigned was unaware that proper service had been made on defendants Marinelli, Duscharme, and Regan.

C. The undersigned has now filed an appearance for all defendants, in their individual and official capacities.

WHEREFORE, the defendants respectfully request that the Court set aside the entry of default for failure to appear.

          DEFENDANTS
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/_____
     Matthew B. Beizer
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Federal Bar #ct16304
     E-Mail:  matthew.beizer@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of April, 2004:

     Jermaine Jones #204600
     Corrigan-Radgowski Correctional Center
     986 Norwich-New London Turnpike
     Uncasville, CT  06382

          ___/s/_____
          Matthew B. Beizer
          Assistant Attorney General