*Scheduling Order #26, as set forth in doc. #26, shall be filed on or before [illegible date]*

*Janet Bond Arterton, U.S.D.J.*

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   APR 16  A 11: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| JERMAINE JONES | : PRISONER |
| | : CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : |
| LARRY MYERS, ET AL. | : APRIL 15, 2004 |

## MOTION TO SET ASIDE DEFAULT

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, defendants Marinelli, Duscharme and Regan move to set aside the entry of default for failure to appear ordered on April 8, 2004. In support thereof, the defendants submit as follows:

A.   On December 2, 2003, the undersigned Assistant Attorney General filed an appearance on behalf of defendants Myers, Coates, and Salius.

B.   Until receiving the Court's Order dated April 8, 2004, the undersigned was unaware that proper service had been made on defendants Marinelli, Duscharme, and Regan.

C.   The undersigned has now filed an appearance for all defendants, in their individual and official capacities.

WHEREFORE, the defendants respectfully request that the Court set aside the entry of default for failure to appear.

4/26/04: Motion GRANTED. Defendants' Answer shall be filed on or before [illegible] as set forth in doc. #26, Scheduling Order

IT IS SO ORDERED.
Dated at New Haven, Connecticut.