NOV 6 2003

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
May 3 10 06 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| JERMAINE JONES | : | PRISONER |
| | : | CASE NO. 3:03CV595(JBA)(JGM) |
| V. | : | |
| WARDEN LARRY MYERS, ET AL | : | |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

10/28/03
Date

Signature of Plaintiff(s)

Jermaine Jones #204600
Printed/Typed Name

4/28/04
Date

Signature of Defendant(s)

MATTHEW BEIZER, AAG
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.
Dated at New Haven, Connecticut: April 30, 2004