United States District Court
District of Connecticut

Jermaine Jones

v.

Larry Myers, Warden, ETAL

Docket No: 3:03cv595(JBA)(JGM)

FILED
2004 JUN -7 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

June 3, 2004

## Motion seeking a settlement conference

Pursuant to the Rules of the Federal Rules of Civil Procedure: The plaintiff is seeking to be reasonable and fair, to ask for a settlement conference with all parties being sued in their individual and offical capacity

If theirs a full agreement by all parties, Please set a reasonable date for conference.

plaintiff
Jermaine Jones
By /s/ Jermaine Jones
Jermaine Jones #204600
MacDougall-Walker CI
1153 East Street South
Suffield, CT. 06080

1.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3RD day of June, 2004:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*Jermaine Jones*
plaintiff

2.