UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jun 15  9 10 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| JERMAINE JONES | : |
| | : PRISONER |
| v. | : Case No. 3:03CV595(JGM) |
| | : |
| WARDEN LARRY MYERS, et al. | : |

### RULING AND ORDER

Plaintiff has filed a motion asking the court to schedule a settlement conference, if all parties are agreeable. When contacted by the court, defendants' counsel indicated that a settlement conference would not be productive at this time. Accordingly, plaintiff's motion [**dkt. #31**] is **DENIED**.

**SO ORDERED** this _14th_ day of June, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE