UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : |  |
| LARRY MYERS, ET AL. | : | AUGUST 5, 2004 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S AMENDED COMPLAINT DATED APRIL 5, 2004

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants object to plaintiff's request to amend his complaint for the fourth time. In support thereof, the defendants submit as follows:

A. By filing an Amended Complaint dated April 5, 2004,[1] plaintiff apparently attempts to amend his complaint;

B. This is the third Amended Complaint filed by the plaintiff;

C. Plaintiff has not sought leave of the Court, or the undersigned, to amend his complaint;

D. By Answer dated June 9, 2004, the defendants have answered plaintiff's Amended Complaint dated July 22, 2003.

**WHEREFORE**, the defendants request that the Court deny plaintiff's request to amend his complaint for the fourth time.

---

[1] The undersigned first learned that the plaintiff filed this document on August 5, 2004.

                                      DEFENDANTS
                                      Larry Myers, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY:          /s/_____
                                      Matthew B. Beizer
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT  06105
                                      Federal Bar #ct16304
                                      E-Mail:  matthew.beizer@po.state.ct.us
                                      Tel.: (860) 808-5450
                                      Fax: (860) 808-5591


## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of August, 2004:

       Jermaine Jones #204600
       MacDougall-Walker Correctional Institution
       1153 East Street South
       Suffield, CT  06080

                                                                                          /s/_____
                                                                                        Matthew B. Beizer
                                                                                       Assistant Attorney General