UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : | |
| LARRY MYERS, ET AL. | : | OCTOBER 22, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants Larry Myers, et al., hereby move for summary judgment on the following grounds:

  A. The uncontroverted evidence demonstrates that the plaintiff has failed to assert a viable constitutional claim for excessive force;

  B. Assuming *arguendo* the plaintiff has asserted a viable constitutional claim, the defendants did not have the requisite personal involvement in the alleged constitutional deprivation;

  C. The defendants are entitled to Qualified Immunity.

In support thereof, the defendants submit a Memorandum of Law with attachments and a Local Rule 56(c)1 Statement.

        DEFENDANTS
        Larry Myers, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:     /s/
        Matthew B. Beizer
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct16304
        E-Mail:  matthew.beizer@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of October, 2004:

Jermaine Jones #204600
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Matthew B. Beizer
Assistant Attorney General