UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : | |
| LARRY MYERS, ET AL. | : | OCTOBER 22, 2004 |

## DEFENDANTS' LOCAL RULE 56(a)1 STATEMENT

1. Plaintiff is a pro se inmate confined to the custody of the Connecticut, Department of Correction. (Plaintiff's Complaint, July 22, 2003 "Complaint").

2. At all times pertinent to the plaintiff's action, the defendants were employed by the Connecticut, Department of Correction. (Complaint).

3. On December 20, 2002, the plaintiff was incarcerated at Northern Correctional Institution. (Complaint).

4. On December 20, 2002, at approximately 5:00 p.m., the plaintiff entered his cell and was physically attacked by his cellmate, who had a weapon. (Complaint).

5. A physical altercation ensued between the plaintiff and his cellmate. (Complaint; Videotape of Incident, December 20, 2002, NCI -02-1079 "Videotape").

6. The plaintiff feared for his life. (Complaint).

7. Almost immediately after the physical altercation ensued, several correctional officials along with a trained canine, responded to the plaintiff's cell to break up the altercation. (Videotape).

8. The correctional officials, and the canine, entered the cell. (Videotape).

9. When the correctional officials and the canine entered the cell, the two inmates were still fighting. (Videotape).

10. Within seconds of entering the cell, the correctional officials and the canine, were successful in separating the two combatants with a minimal use of force. (Videotape).

11. Immediately after the two combatants were separated, the canine was taken out of the cell. (Videotape).

12. Defendants Myers, Coates, Regan, Marinelli, and Salius had no personal or direct involvement in the use of the canine to break up the altercation between the two inmates. (Videotape).

13. The correctional officials, and the canine, spared the plaintiff from further physical attack and injury by breaking up the altercation between the two inmates. (Videotape).

DEFENDANTS
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of October, 2004:

Jermaine Jones #204600
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

_____/s/_____
Matthew B. Beizer
Assistant Attorney General