UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JERMAINE JONES | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM) |
| V. | : |  |
| LARRY MYERS, ET AL. | : | OCTOBER 22, 2004 |

**AFFIDAVIT OF ASSISTANT ATTORNEY GENERAL
MATTHEW B. BEIZER IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

I, Assistant Attorney General Matthew B. Beizer, hereby declare under penalty of perjury:

1. Attached hereto as Attachment A is a true and correct copy of Department of Correction Security Division Videotape, NCI-02-1079 concerning the December 20, 2002 incident involving the plaintiff.

Executed this 22nd day of October, 2004.

_____/s/_____
Matthew B. Beizer
Assistant Attorney General