# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|                              |   |                                              |
|------------------------------|---|----------------------------------------------|
| JERMAINE JONES               | : | PRISONER<br>CIVIL NO. 3:03CV595 (JBA)(JGM)   |
| V.                           | : |                                              |
| LARRY MYERS, ET AL.          | : | OCTOBER 22, 2004                             |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Larry Myers, et al., have manually filed the following documents:

- **Videotape** – Attachment A to Affidavit of Assistant Attorney General Matthew B. Beizer in Support of Defendants' Motion for Summary Judgment

These documents have not been filed electronically because:

[X]  the documents cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                              DEFENDANTS
                              Larry Myers, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

                    BY:       ____/s/_____
                              Matthew B. Beizer
                              Assistant Attorney General
                              110 Sherman Street
                              Hartford, CT  06105
                              Federal Bar #ct16304
                              E-Mail:  matthew.beizer@po.state.ct.us
                              Tel.: (860) 808-5450
                              Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of October, 2004:

Jermaine Jones #204600
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                               _____/s/_____
                                               Matthew B. Beizer
                                               Assistant Attorney General