United States District Court
District of Connecticut

Jermaine Jones
    v.
Warden, Larry Myers. ET AL

2004 OCT 27 P 5:13  Docket No. 3:03CV595(JGM)

FILED
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Oct. 22, 2004

## Motion to Compel summons of complaint

Pursuant to the Rules of the Federal Rules of Civil Procedure: The plaintiff is asking the court to have a summons, and a copy of the complete complaint served to defendant Matthew Regan, at the Department of Corrections which upon, he moved to the new Job location at the Walker McDougall correction: 1151 East Street South Suffield, CT, 06080

The plaintiff
Jermaine Jones

Walker MacDougall CI
1153 East Street
South Suffield, CT. 06080

1.

CERTIFICATION

I the plaintff hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of Oct, 2004.

A. Attorney General
Matthew B. Beizer
110 Sherman Street
Hartford, CT. 06105

*Jermaine Jones*
Plaintff

2.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Case 3:03-cv-00595-JGM    Document 38    Filed 10/27/2004    Page 3 of 3

| | |
|---|---|
| PLAINTIFF: Jermaine Jones #204600 | COURT CASE NUMBER: 3:03CV595(JBA)(JGM) |
| DEFENDANT: WARDEN, Larry Myers, ET AL | TYPE OF PROCESS: Summons/Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matthew Regan (Department of Corrections) (Northern)

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
287 Bilton Road Somers, CT. 06071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jermaine Jones #204600
Walker McDougall CI
1151 East Street South
Suffield, CT. 06080

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIUAL CAPACITY/IFP

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 4/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/12/04
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: CAPT. M. REGAN currently not at Northern Correctional. Not known when or if he will return.

DUPLICATE ORIGINAL

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)