United States District Court
District of Connecticut

Jermaine Jones                    Case no. 3:03CV595(JBA)(JGM)
   v.
WARDEN, Larry Myers, ET AL                November 8, 2004.

## NOTICE TO CLERK

The plaintiff moves, to show notice to the proper parties, that a Motion for opposition, to the defendants Motion for Summary Judgment, will be filed and delivered to the right parties. Also, the plaintiff moves, on a separate note for an 60 day Extension of time to file said opposition to defendants Motion for summary Judgment.

Grant / DENIED

plaintiff Jermaine Jones

MacDougall CI
1153 East Street South
Suffield, CT. 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of November, 2004.

plaintiff, Jermaine Jones