United States District Court
District of Connecticut

Jermaine Jones #209608

v.

WARDEN, Larry Myers, ET AL

Case No: 3:03CV595(JBA)(JGM)

December 23, 2004

FILED 2005 JAN 21 P 4:26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED 2004 DEC 28 P 12:4[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Motion to Dismiss complaint on Defendant, Captain Regan

The plaintiff moves to dismiss Defendant, Captain Regan for the following:

1.) The Motion of Discovery showed that the defendant was not officialy nor individually involved with the incident.

2.) The plaintiff was wrongly directed to name Captain Regan as, a Defendant who was suppose to had, had been the shift supervisor at the Northern Correctional Institution, which would had shown him to be also personaly liable.

Regrets: The plaintiff is in full regreat and wishes that the defendant Captain Regan, will except the plaintiffs' apology.

By /s/ Jermaine Jones

Jermaine Jones #204600
MacDougall CI
1153 East Street South
Suffield, CT. 06080

## CERTIFICATION

I hereby certify that a copy was not mailed to the Defendants Attorney, Due lack of staff and money to pay for copies at $.25 each. on this 23rd day of December, 2004.

/s/ Jermaine Reyes
Plaintiff

Defendants Attorney ET. AL
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105