UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -1  P 12: 58

US DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| JERMAINE JONES | : |
| v. | : Case No. 3:03CV595(JGM) |
| WARDEN LARRY MYERS, et al. | : |

## RULING AND ORDER

Plaintiff asks the court to dismiss all claims against Captain Regan. He has learned through discovery that Captain Regan was not involved in the incident giving rise to this action.

Plaintiff's motion [**dkt. #41**] is **GRANTED**. The Clerk is directed to terminate Captain Regan as a defendant in this case.

This is **not** a recommended ruling. The parties consented to proceed before a United States Magistrate Judge [dkt. #30] and this case was transferred to the undersigned for all purposes on May 3, 2004.

**SO ORDERED** this 31st day of January, 2005, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE