United States District Court
District of Connecticut

Jermaine Jones #204600   Case No: 3:03CV595(JBA)(JGM)
   v.
Larry Myers, ET AL.   December 19, 2004

**AFFIDAVIT OF PLAINTIFFS'
OPPOSITION OF MOTION OF
SUMMARY JUDGMENT**

I, Jermaine Jones plaintiff, hereby declare under penalty of perjury:

1.) Believe that complaint, and Amended Complaint is a true and correct copy, of all defendants' involved with the Incident and had noticed of the actual Incident.

2.) The plaintiff Believes that his permanent scars from the Incident are enough to Grant Judgment for the plaintiff.

Executed this 19th day of December, 2004

Jermaine Jones
plaintiff

I.