UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JERMAINE JONES

      v.

LARRY MYERS
THOMAS COATES
SALIUS
JOHN DOE K-9 HANDLER
DENNIS MARINELLI
MATTHEW REGAN
DUSCHARME
MIKE

PRISONER
CIVIL NO. 3:03cv595 (JGM)

### J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge.  This case was transferred to Magistrate Judge Margolis after the parties consented to the exercise of jurisdiction by a magistrate judge.

On February 1, 2005, the Court granted plaintiff's motion to dismiss the complaint as to defendant Regan.

The Court has considered the motion for summary judgment and all the related papers. On June 3, 2005, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting the motion as to all of plaintiff's claims, including any state law claims..

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 9th day of June, 2005.

                              KEVIN F. ROWE, Clerk

                              By /s/ Donna P. Thomas
                                  Donna P. Thomas
                                  Deputy Clerk

Entered on the Docket _____