**FORM 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*2005 JUN 27 A 10: 02*

*U.S. DISTRICT COURT*
*BRIDGEPORT, CONN*

*Termaine Jones*

v.

*LARRY MYERS ET. LAT*

CIVIL CASE NO. *3:03-CV-00595-JGM*

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), *Termaine Jones* hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): *Claims,*
*plaintiff's claims, including any state law The Court has considered*
*the Motion for summary judgment and all the related*
*papers. On June 3, 2005 the Court filed its Ruling on Defendants'*
*Motion for Summary Judgment granting the motion as to all of P*

2. The Judgment /Order in this action was entered on *June 9th 2005* .
(date)

_____
Signature

*Termaine Jones*
Print Name

*MacDougall CI*
*1153, East Street South*
Address
*Suffield, CT. 06080*

Date: *6/22/05*

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).