**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK, 10007

**FILED**

Roseann B. MacKechnie
CLERK

2005 SEP 30 P 1: 04

U.S. DISTRICT COURT
NEW HAVEN, CT

SEP 2 1 2005

Date: 9/21/05
Docket Number: 05-3669-pr
Short Title: Jones v. Myers
DC Docket Number: 03-cv-595
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Joan Margolis

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 21st day of September, two thousand five.

Jermaine Jones,

   Plaintiff-Appellant,

   v.

Larry Myers, Warden I/O, Thomas Coates, Major, I/O, Salius, Lt, I/O, John Doe, K-9 Handler, I/O, Lieutenant Dennis Marinelli, Duscharme, K-9 Officer, I/O, Mike, K-9 Dog, I/O,

   Defendant-Appellee,

Matthew Regan, Capt., I/O,

   Defendant.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of June 9, 2005 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**

Certified: SEP 2 1 2005

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Yolanda Siders
Deputy Clerk